HONORABLE RONALD B. LEIGHTON

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

JAMES A. NOYES, a married man,

Plaintiff,

v.

STATE FARM GENERAL INSURANCE
COMPANY; STATE FARM MUTUAL
AUTOMOBILE INSURANCE COMPANY,
STATE FARM LIFE INSURANCE
COMPANY, STATE FARM FIRE AND
CASUALTY COMPANY; DOE
COMPANIES 1-5,

Defendant.

Case No. C08-5032RBL

ORDER GRANTING MOTION TO
COMPEL DISCOVERY

THIS MATTER comes before the above-entitled Court, upon Plaintiff's Motion to Compel

Discovery [Dkt. #13]. The Court has reviewed the materials filed for and against the motion and does not

require oral argument to resolve the issue presented in the motion. The Court has reviewed the relevant

interrogatories (2, 3 & 5) and Request for Production (3) and concludes that the information sought in

each interrogatory or Request for Production is relevant, or likely to lead to the discovery of relevant

information. The requested discovery is not overly burdensome or broad. Interrogatory #5 is limited to

the period of time after January 1, 2002. No geographical limitation will be imposed on the requested

discovery.

ORDER
Page - 1

1      Plaintiff's Motion to Compel Discovery [Dkt. #13] is hereby **GRANTED**.  Each party will bear

2  their own costs related to this motion and the response to the discovery requested.

3

4      Dated this 23rd day of December, 2008.

5

6

7  RONALD B. LEIGHTON
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28